IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SABAN HESS,                       )
                                  )
            Plaintiff,            )
                                  )
     v.                           )   Civil Action No. 1:19-cv-138 (AJT/TCB)
                                  )
MAINSTREET BANK, *et al.*,        )
                                  )
            Defendants.           )
_____)

## ORDER

*Pro se* Plaintiff Saban Hess filed this discrimination and retaliation action against his former employer, MainStreet Bank, its CEO, and various employees. Simultaneous to initiating the action, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] ("the IFP Petition"). The Magistrate Judge conducted an initial review of the IFP Petition and filed a Report & Recommendation [Doc. 5] recommending that the IFP Petition be denied. Plaintiff has objected to the Report and Recommendation. [Doc. 6].

Upon consideration of the Magistrate Judge's Report and Recommendation, the memoranda in support thereof and objecting thereto, and having conducted a *de novo* review of the record, it is hereby

ORDERED that Plaintiff's Objection to Recommendation Regarding IFP Motion [Doc. 6] be, and the same hereby is, OVERRULED; and it is further

ORDERED that the Report & Recommendation of the Magistrate Judge [Doc. 5] be, and the same hereby is, ADOPTED and incorporated in full and without modification; and it is further

ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record and to *pro se* Plaintiff Saban Hess at the address provided.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 24, 2019